USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/25/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVE SOLUTIONS LLC,

                             Plaintiff,

              -against-

GREENWAY USA LLC, et al.,

                             Defendants.

26-CV-03106 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff first brought this Complaint against Greenway USA LLC, Matthew P. Nolty, Jr., United First LLC, and Cook Unity Inc. on April 15, 2026. Dkt. No. 1. When the Court issued its initial pretrial order, it ordered the parties to file a joint letter that addressed the question of whether venue is properly in the Eastern District of New York. *See* Dkt. No. 8.

Because no Defendant adverse to Plaintiff on the merits had appeared, the Court adjourned the initial pretrial conference previously scheduled for May 27, 2026 *sine die. See* Dkt. No. 18. Accordingly, no joint letter has been filed, and no party has addressed the venue question.

Plaintiff is ORDERED, by **July 8, 2026**, to file a letter of no more than 3 pages addressing whether venue is properly in the Eastern District of New York, where Brooklyn is located.

Dated: June 25, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge