KLEYMAN LAW GROUP, P.C.
44 Court Street, Suite 1217 | Brooklyn, New York 11201 | (212) 203-2082

October 23, 2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Live Solutions LLC v. Greenway USA, LLC, et al.***
**Case No. 1:26-cv-03106 (MMG)**

Dear Judge Garnett:

This firm represents plaintiff Live Solutions LLC in the above-captioned action. I write respectfully to request an extension of the deadlines for plaintiff's motion for default judgment set in the Court's October 14, 2026 Order (ECF No. 29).

I need additional time to prepare the motion with my client, which is located in California. Today, plaintiff mailed its requests for Clerk's Certificates of Default to defendants United First, LLC and Greenway USA, LLC. The military status search for defendant Matthew P. Nolty, Jr. came back today, and plaintiff will mail its request as to Mr. Nolty on Monday, October 26, 2026. Plaintiff will submit all three requests to the Clerk that day.

The current deadlines are October 27 for the motion, October 30 for service of the motion papers, November 2 for proof of service, and November 17, 2026 for any opposition. Plaintiff respectfully requests that the motion be due by November 30, 2026, service by December 3, 2026, proof of service by December 7, 2026, and any opposition by December 21, 2026.

Counsel for Cook Unity, Inc. has advised that Cook Unity has no objection to this request. The remaining defendants have not appeared.

This is plaintiff's first request to extend these deadlines.

Respectfully submitted,

<u>*/s/ Alex I. Kleyman*</u>
Alex I. Kleyman
KLEYMAN LAW GROUP, P.C.
alexk@klgnylaw.com
*Attorneys for Plaintiff Live Solutions LLC*

cc: All counsel of record (via ECF)

GRANTED. Plaintiff shall move for default judgment by **November 30, 2026**; serve the motion papers by **December 3, 2026**; and file proof of service by **December 7, 2026**. Defendants shall file any oppositions by **December 21, 2026**.

SO ORDERED. Dated October 27, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE